UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **DELIA DRISCOLL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 6:25-CV-00091-LS |
| | § | |
| **D.R. HORTON INC., TRAVIS** | § | |
| **COUNTY TITLE COMPANY,** | § | |
| | § | |
| *Defendants.* | § | |

### ORDER FOR STATUS REPORT

This case is stayed pending arbitration with a requirement that the parties file a status report every six months.[1] The parties have not filed the status report that was due on October 10, 2025. Therefore, the Court orders the parties to file a report as to the status of arbitration, or file dismissal documents, no later than **November 17, 2025**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 5, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] ECF No. 7.